1
2
3
4
5
6
7
8               IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10   TREMAYNE D. CARROLL,

11              Plaintiff,                    No. 2:11-cv-2611 KJN P

12        vs.

13   WARDEN TIM VIRGA, et al.,

14              Defendants.              ORDER

15   _____/

16            Plaintiff, a state prisoner housed at California State Prison, Sacramento (CSP-

17   SAC), filed a document styled "Order to Show Cause for a Preliminary Injunction and

18   Temporary Restraining Order." (Dkt. No. 1.)  Plaintiff seeks a court order enjoining defendants

19   from transferring plaintiff to "prisons where 'The Green Wall' ha[s] a stronghold (HDSP, SVSP,

20   CSP-COR, RJD, KVSP, NKSP, PBSP)."  (Dkt. No. 1 at 2.)  Plaintiff claims defendants are not

21   "honoring [the] confidential contract signed by petitioner, C/O Camp and Warden Tim Virga to

22   house [plaintiff] at CSP-SAC or Mule Creek State Prison only for plaintiff's safety, and out of

23   [administrative segregation ("ad seg")]."  (Id.)  Plaintiff states he "has been the victim of several

24   physical/sexual assaults by staff, threats/torture by CDCR (CSP-SAC, CSP-COR, CMF, PVSP)

25   from Feb. 7, 2011 thr[ough] the present."  (Dkt. No. 1 at 1.)  Plaintiff alleges "these attacks are

26   based on [plaintiff] writing up the illegal activities of the rogue and corrupt 'Green Wall'

1  officials at CSP-SAC who operate outside of the law, outside of CDCR policy and under the

2  Code of Silence with no regard of consequences."  (Id.)

3         Plaintiff is presently housed at CSP-SAC in ad seg.

4         No other pleadings have been filed by the plaintiff.  In order to commence an

5  action, plaintiff must file a complaint as required by Rule 3 of the Federal Rules of Civil

6  Procedure, and plaintiff must either pay the required filing fee or file an application requesting

7  leave to proceed in forma pauperis.[1]  See 28 U.S.C. §§ 1914(a), 1915(a).  The court will not issue

8  any orders granting or denying relief until an action has been properly commenced.  Therefore,

9  plaintiff's motion will be denied without prejudice.  Plaintiff will be provided the opportunity to

10 file his complaint, and to submit an application requesting leave to proceed in forma pauperis or

11 to submit the appropriate filing fee.

12        Plaintiff is cautioned that a prisoner may bring no § 1983 action until he has

13 exhausted such administrative remedies as are available to him.  42 U.S.C. § 1997e(a).  The

14 requirement is mandatory.  Booth v. Churner, 532 U.S. 731, 741 (2001).

15        In accordance with the above, IT IS HEREBY ORDERED that:

16        1.  Plaintiff's October 4, 2011 request (dkt. no. 1) is denied without prejudice;

17        2.  Plaintiff is granted thirty days from the date of service of this order to file a

18 complaint[2] that complies with the requirements of the Civil Rights Act, the Federal Rules of

19 Civil Procedure, and the Local Rules of Practice; the complaint must bear the docket number

20 assigned this case; plaintiff must file an original and two copies of the complaint.  Plaintiff shall

21 also submit, within thirty days from the date of this order, the application to proceed in forma

22 pauperis on the form provided by the Clerk of Court, or the filing fee in the amount of $350.00.

23

24     [1]  If leave to file in forma pauperis is granted, plaintiff will still be required to pay the
       filing fee but will be allowed to pay it in installments.

25     [2]  Plaintiff is cautioned that if the alleged contractual agreement was filed with a court,
       and plaintiff is seeking to enforce that agreement, plaintiff must file his action in the court in
26     which the agreement was entered.

1    Plaintiff's failure to comply with this order will result in a recommendation that this matter be

2    dismissed; and

3                   3.   The Clerk of the Court is directed to send plaintiff the court's form for filing a

4    civil rights action, and the application to proceed in forma pauperis by a prisoner.

5    DATED:  October 7, 2011

6

7

8    _____
     KENDALL J. NEWMAN
     UNITED STATES MAGISTRATE JUDGE

9    carr2611.noc

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26