IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TREMAYNE D. CARROLL,

    Plaintiff,               No. 2:11-cv-2611 KJN P

    vs.

WARDEN TIM VIRGA, et al.,

    Defendant.           ORDER

_____/

        By order filed October 11, 2011, plaintiff was granted thirty days in which to file a civil rights complaint, and an application to proceed in forma pauperis or the court's filing fee. Plaintiff was cautioned that failure to comply with the October 11, 2011 order would result in the dismissal of this action. On October 12, 2011, plaintiff consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). The thirty day period has now expired, and plaintiff has not filed a civil rights complaint or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: November 22, 2011

                              KENDALL J. NEWMAN
                              UNITED STATES MAGISTRATE JUDGE

carr2611.fta